NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MACKEL D. WALKER,                     )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D19-501
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed September 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Nancy Moate Ley,
Judge.

PER CURIAM.

          Affirmed.

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.